AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****   DISTRICT OF   NEVADA

GARY BRUCE BROOKS,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
  V.

                               CASE NUMBER: **3:11-cv-00328-RCJ-WGC**

ROBERT LEGRAND, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [8] is **GRANTED**. The petition is **DISMISSED WITHOUT PREJUDICE**.

    September 25, 2012                        **LANCE S. WILSON**
                                                            Clerk

                                                    /s/ H. Jordan
                                                       Deputy Clerk